*Thomas W. & Watt H. Milner,* for defendants.

---

REGISTER *et al. v.* CHAMBLISS.

ATKINSON, J. The charge excepted to was not erroneous. The evidence supported the verdict, and there was no error in overruling the motion for new trial.          *Judgment affirmed. All the Justices concur.*
SEPTEMBER 23, 1910.

Processioning. Before Judge Mitchell. Berrien superior court. May 17, 1909.

*Alexander & Gary,* for plaintiffs in error.   *W. D. Buie,* contra.